**E-Filed 2/28/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | Case Number 5:10-cv-02994-JF/PSG |
| Plaintiff, | ORDER[1] GRANTING MOVING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTIONS TO DISMISS AND TO TRANSFER |
| v. | |
| AERO PRODUCTS INTERNATIONAL, INC., *et al.*, | |
| Defendants. | [Re: Docket No. 231] |

Several Defendants have joined in filing a motion to stay discovery pending disposition of the motions to dismiss and to transfer that are currently before the Court.[2] The motion appears

---

[1] This disposition is not designated for publication in the official reports.

[2] The following Defendants join in the present motion: BRK Brands, Inc.; Calico Brands, Inc.; Cooper Lighting, LLC; Fiskars Brands, Inc.; Kraco Enterprises LLC; Mead Westvaco Corporation; Newell Rubbermaid, Inc.; Nutrition 21, Inc.; Oatey Co.; Sterling International, Inc.; and Woodstream Corporation. Although additional Defendants joined in filing the motion, they have since been terminated or the claims brought against them have been severed and/or transferred.

1  well-taken.

## ORDER

Good cause therefor appearing, the motion to stay discovery pending resolution of the motions to dismiss and to transfer will be GRANTED.

**IT IS SO ORDERED.**

DATED: February 28, 2011

JEREMY FOGEL
United States District Judge